UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 3:22-cr-10-HES-JBT

SHAWN ROBINSON

## GOVERNMENT'S INFORMATION AND NOTICE OF PRIOR CONVICTION

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, files this Information and Notice of the defendant's prior conviction pursuant to Title 21, United States Code, Section 851 and Section 841(b)(1)(A), and charges that:

1. The defendant was charged in an Information with a violation of Title 21, United States Code, Section 841(a)(1), 841(b)(1)(A) and 846, that is, conspiracy to distribute cocaine, a Schedule II controlled substance.

2. Title 21, United States Code, Section 841(b)(1)(A) provides for a minimum mandatory term of imprisonment of 10 years, a $10 million fine, and a term of supervised release of at least 5 years upon conviction for the offense alleged in Count One.

3. Title 21, United States Code, Sections 851 and 841(b)(1)(A) provide that if any person commits such a violation after a prior conviction for a felony drug offense has become final, such person shall be sentenced to a minimum mandatory

term of imprisonment of 20 years up to life imprisonment, a $20 million fine, a term of supervised release of at least 10 years, and a mandatory special assessment of $100.

4.     On or about December 21, 1998, in the United States District Court for the Northern District of Florida, the defendant was convicted of conspiracy to possess with intent to distribute cocaine and cocaine base, in violation of Title 21, United States Code, Section 846.

5.     Said conviction is a prior conviction within the meaning of Title 21, United States Code, Section 851, which mandates an increased sentence under Title 21, United States Code, Section 841(b)(1)(A).

    Respectfully submitted,

    ROGER B. HANDBERG
    United States Attorney

By:   */s/ Julie Hackenberry*
     JULIE HACKENBERRY
     Assistant United States Attorney
     Florida Bar No. 0094201
     300 N. Hogan Street, Suite 700
     Jacksonville, Florida 32202
     Telephone:   (904) 301-6300
     Facsimile:   (904) 301-6310
     E-mail: Julie.hackenberry@usdoj.gov

U.S. v. SHAWN ROBINSONCASE No. 3:22-cr-10-HES-JBT

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Lisa Call, Esq.

*/s/ Julie Hackenberry*
JULIE HACKENBERRY
Assistant United States Attorney